IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.   04-D-2212 (CBS)

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,;
RESOURCE MANAGEMENT SYSTEMS, INC.,;
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

    Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Enlargement of Time in Which to File Its Reply in Support of Its Motion for Partial Summary Judgment filed September 13, 2005 is **GRANTED** up to and including **October 3, 2005**.

Dated:  September 13, 2005

                                          s\ Sharon Shahidi
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U.S. District Court