IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and
VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,
RESOURCE MANAGEMENT SYSTEMS, INC., and
RISK CAPITAL INSURANCE COMPANY

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is Parties' Stipulated Motion to Modify Scheduling Order (filed October 3, 2005; *doc. no. 53*). The Court, having reviewed the pleadings and the file, hereby **GRANTS** the parties' stipulated request and **ORDERS** that the Scheduling Order be modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **January 13, 2006** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **January 27, 2006** |
| Discovery deadline | **February 15, 2006** |
| Dispositive motion deadline | **February 28, 2006** |
| Final pretrial conference | **June 6, 2006 at 10:00 a.m.** |
| Proposed final pretrial order due | **May 30, 2006** |
| RiskCap's Reply in Support of its Motion for Partial Summary Judgment due** | **January 10, 2006** |

\*\*The court notes that District Judge Daniel, not Magistrate Judge Shaffer, granted RiskCap's first motion for extension of time on September 14, 2005. With permission from District Judge Daniel, this court will further extend the deadline per the parties request.

The parties are DIRECTED to D.C.COLOL.CIVR. 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders. Future motions in this matter, which are unaccompanied by a copy of the proposed order submitted to <u>chambers</u> may be denied, without prejudice.

**DATED:**     October 11, 2005