IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,;
RESOURCE MANAGEMENT SYSTEMS, INC.,;
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Riskcap's Stipulated Motion to Stay Proceedings or in the Alternative, To Extend Deadlines filed February 22, 2006. The motion asserts that the parties have agreed in principle to settle the case and are in the process of completing settlement documents. The motion requests that the Court stay all proceedings for thirty (30) days to permit the parties to conclude the settlement, and states that the parties will file a status report at the end of that period, by March 24, 2006. In the alternative, Riskcap requests that the Court extend the deadlines in this case to April 28, 2006. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion to Stay Proceedings is **GRANTED**, and all deadlines are stayed thirty (30) days, up to and including **Friday, March 24, 2006**,

pending the completion of the terms of settlement.  The alternative request to extend deadlines to April 28, 2006, is **DENIED**.  It is

FURTHER ORDERED that the parties shall file a status report with this Court by **Friday, March 24, 2006**.  It is

FURTHER ORDERED that in the event the parties indicate in the status report that a settlement has not been reached, the Court will then determine to what extent the deadlines in this case need to be extended.

Dated:  February 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge