IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the
Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company;
and VILLANOVA INSURANCE COMPANY,

      Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,
RESOURCE MANAGEMENT SYSTEMS, INC.,
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

      Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Stipulated Motion for Stay of
Proceedings and Status Report filed March 24, 2006.  The motion asserts that the
parties have agreed in principle to settle the case and are in the process of completing
settlement documents.  The parties request in the motion that the Court stay all
proceedings for thirty (30) days, to and including April 24, 2006, to allow the parties to
finalize and file the necessary settlement documents with the Court.  Having reviewed
the motion and being fully advised in the premises, it is

ORDERED that the Stipulated Motion for Stay of Proceedings is **GRANTED**, and
all deadlines are stayed thirty (30) days, up to and including **Monday, April 24, 2006**,
pending the finalization of the settlement.  It is

FURTHER ORDERED that the parties shall file dismissal papers or, if the settlement has not yet been finalized, a further status report with this Court by **Monday, April 24, 2006**.  It is

FURTHER ORDERED that in light of the settlement, Defendant Riskcap, Inc.'s Motion for Partial Summary Judgment filed August 11, 2005, is **DENIED WITHOUT PREJUDICE**.  Should the settlement not be completed, Defendant Riskcap may seek to have its motion reinstated.

Dated:  March 24, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge