IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,
RESOURCE MANAGEMENT SYSTEMS, INC.,
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on the Plaintiffs' Motion for Stay of Proceedings and Status Report filed April 24, 2006.  The motion asserts that the parties have agreed in principle to settle the case and are in the process of completing settlement documents.  The motion requests that the Court stay all proceedings for an additional thirty (30) days, to and including May 24, 2006, to allow the parties to finalize and file the necessary settlement documents with the Court.   Plaintiff indicate that no party objects to the relief sought in the motion.

Having reviewed the motion and being fully advised in the premises, it is

ORDERED that Plaintiffs' Motion for Stay of Proceedings is **GRANTED**, and all deadlines are stayed an additional thirty (30) days, up to and including **Wednesday, May 24, 2006**, pending the finalization of the settlement.  It is

FURTHER ORDERED that the parties shall file dismissal papers or, if the settlement has not yet been finalized, a further status report with this Court by **Wednesday, May 24, 2006**

Dated: April 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge