IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,
RESOURCE MANAGEMENT SYSTEMS, INC.,
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion for Stay of Proceedings filed May 24, 2006, which seeks a stay of the case for an additional thirty (30) days for the parties to finalize a settlement, is **GRANTED**.  All deadlines are stayed an additional thirty (30) days, up to and including **Monday, June 26, 2006**.  The parties shall file dismissal papers or, if the settlement has not yet been finalized, a further status report with this Court by **Monday June 26, 2006**.

    Dated:  May 24, 2006