IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,
RESOURCE MANAGEMENT SYSTEMS, INC.,
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Stay of Proceedings filed June 21, 2006, which seeks a stay of the case for an additional thirty (30) days for the parties to finalize a settlement, is **GRANTED**.  All deadlines are stayed an additional thirty (30) days, up to and including **Friday, July 21, 2006**.  The parties shall file dismissal papers by July 21, 2006, or, if the settlement has not yet been finalized, a further status report with this Court.

    Dated:  June 22, 2006