IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,
RESOURCE MANAGEMENT SYSTEMS, INC.,
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

    Defendants.
_____

## MINUTE ORDER
_____
ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Limited Stay and Request to Vacate Trial Date filed August 15, 2006, is **GRANTED**.  All proceedings (with the exception of filing any motions to enforce the settlement) are stayed up to and including **Monday, September 18, 2006**.  The parties shall file dismissal papers by September 18, 2006 or, if the settlement has not yet been finalized, a further status report with this Court.  Finally, the five-day jury trial set to commence Monday, October 2, 2006, and the final trial preparation conference set September 20, 2006, at 9:00 are **VACATED**.

    Dated:  August 15, 2006