IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,
RESOURCE MANAGEMENT SYSTEMS, INC.,
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Stay filed October 2, 2006, is **GRANTED**. All proceedings (with the exception of filing any motions to enforce the settlement) are stayed up to and including **Monday, October 16, 2006**. The parties shall file dismissal papers by October 16, 2006, or, if the settlement has not yet been finalized, a further status report with this Court. Again, the parties are directed to expedite their efforts on settlement.

    Dated:  October 2, 2006