## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 04-cv-02212-WYD-CBS** | FTR - Reporter Deck, Crtrm A402 |
| **Date: October 30, 2006** | Courtroom Deputy, Ellen E. Miller |

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company, | Charlotte E. Thomas<br>Paige K. Hogan |
| **Plaintiff(s),**<br>v. | |
| RMS INSURANCE AGENCY, INC., RESOURCE MANAGEMENT SYSTEMS, INC., and RISKCAP INSURANCE COMPANY,<br>**Defendant(s).** | Otto K. Hilbert, II |

## COURTROOM  MINUTES  /  MINUTE  ORDER

**HEARING:  MOTIONS  HEARING**
**Court in Session:**  2:30 p.m.
Court calls case. Appearance of counsel. Also present are counsel Charles B. Hecht and Steven York, and Defendant representative Richard Van Dyke.

The Liquidator believes that it reached a settlement in principle on all essential terms with defendants RMS and Resource in February 2006. Statements by Ms. Thomas, attorney for Legion Insurance Company, and by Mr. Hilbert regarding the motion to enforce settlement agreement.

Statements by Mr. Hecht as to his client Riskcap regarding the stay that is in place, discovery, and his client's possible wish to re-file its motion for summary judgment.

The Liquidator will determine this week how it wishes to proceed.

Counsel shall confer, contact chambers (303) 844-2117, and set a TELEPHONIC CONFERENCE for **Friday November 03, 2006.** In the conference, the Liquidator will notify the Court its intended direction - whether the Liquidator will • Proceed on the Motion to Enforce Settlement Agreement; • withdraw the Motion to Enforce Settlement Agreement and file a Motion for Summary Judgment for which the Court would set a briefing schedule; • or if the parties will file a Stipulated Motion to Dismiss.

*04-cv-02212-WYD-CBS*
*Motions Hearing*
*October 30, 2006*

**It is ORDERED:**   Plaintiff's MOTION TO ENFORCE SETTLEMENT AGREEMENT WITH RMS INSURANCE AGENCY, INC. AND RESOURCE MANAGEMENT SYSTEMS, INC. (Docket No. **96,** Filed October 16, 2006)   is   **HELD IN ABEYANCE**.

If this motion remains pending after the Conference Call on November 03, 2006, the Defendant may file a Supplement to its Response.   The Liquidator may file a Reply.

HEARING CONCLUDES.

**Court in recess:**    4:12   p.m.
Total In-Court Time:    01:41