**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 04-cv-02212-WYD-CBS** | FTR-Reporter Deck-Courtroom A402 |
| **Date: November 3, 2006** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| VILLANOVA INSURANCE COMPANY, et al., | Charlotte E. Thomas, via telephone |
| | Paige K. Hogan, via telephone |
| **Plaintiffs,** | |
| v. | |
| RMS INSURANCE AGENCY, INC., et al., | Otto K. Hilbert, II, via telephone |
| | Charles B. Hecht, via telephone |
| **Defendants.** | |

**COURTROOM  MINUTES / MINUTE  ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      1:05 p.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case and scheduling with the Court.

**ORDERED:** The Oral Motion to Withdraw Plaintiff's Motion to Enforce Settlement Agreement with RMS Insurance Agency, Inc. and Resource Management Systems, Inc. (doc. 96) is granted.  Plaintiff's Motion to Enforce Settlement Agreement with RMS Insurance Agency, Inc. and Resource Management Systems, Inc. (doc. 96) is hereby withdrawn without prejudice.

**ORDERED:** An Amended Scheduling Order reflecting a discovery deadline of April 2, 2007 and a dispositive motions deadline of April 23, 2007 is due by November 10, 2006.

HEARING CONCLUDED.

**Court in Recess:      1:15 p.m.**
Total   In-Court Time:      00:10