IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,
RESOURCE MANAGEMENT SYSTEMS, INC.,
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Joint Motion to Confirm Settlement [Docket # 121], filed July 14, 2006.  By and through their Motion, the parties seek that this Court make the Settlement an Order of this Court.  After a careful review of the Joint Motion and the file, I conclude that the Motion should be GRANTED and the settlement made an order of the Court.  Accordingly, it is

ORDERED that the Joint Motion to Confirm Settlement is **GRANTED**.  In accordance therewith, it is

ORDERED that the attached settlement is made an order of this Court.  It is

FURTHER ORDERED that, pursuant to D.C.COLO.LR 41.2, this case is administratively closed to be reopened for good cause shown.  This case is subject to

re-opening for issues arising under the settlement agreement or dismissal of the case upon full payment by RMS.

Dated: March 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge