IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02212-WYD-CBS

M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company; and VILLANOVA INSURANCE COMPANY,

    Plaintiffs,

v.

RMS INSURANCE AGENCY, INC.,
RESOURCE MANAGEMENT SYSTEMS, INC.,
RISKCAP, INC., a/k/a and/or RISKCAP COLORADO, INC.,

    Defendants.
_____

## ORDER OF DISMISSAL OF DEFENDANT RISKCAP, INC.
_____

The parties filed a Stipulation of Dismissal of Defendant RiskCap, Inc. With Prejudice on March 21, 2007.  The Court will treat the Stipulation of Dismissal as a Motion for Dismissal.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and defendant RiskCap, Inc. should be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(i).  Accordingly, it is

ORDERED that the Motion for Dismissal of RiskCap, Inc. is **GRANTED**, and Defendant RiskCap, Inc. is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys fees.

Dated:  March 23, 2007.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge